**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STANLEY WILLIAM HUFF,

        Petitioner,        CASE NO. 05-CV-73535

v.        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

        PAUL J. KOMIVES
BARRY D. DAVIS,        UNITED STATES MAGISTRATE JUDGE

        Respondent.
_____/

**ORDER ACCEPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING**
**PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS**

    Before the Court is the Magistrate Judge's December 5, 2006 Report and Recommendation denying Petitioner's Application for Writ of Habeas Corpus. (Docket No. 28). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Having reviewed the conclusions of fact and law in the Report, the Court ACCEPTS the Magistrate Judge's Recommendation and DENIES Plaintiff's Application for a Writ of Habeas Corpus.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: January 30, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 30, 2007.

s/Denise Goodine  
Case Manager
