UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STANLEY WILLIAM HUFF,**

       Petitioner,

                                    Case No. 05-73535

v

                                    JUDGE PAUL D. BORMAN

**BARRY D. DAVIS,**

       Respondent.
_____/

## **JUDGMENT**

This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered.

It is **ORDERED** and **ADJUDGED** that petitioner's writ of habeas corpus is **DENIED** and the case **DISMISSED.**

Dated at Detroit, Michigan this 30th day of January, 2007.

                                              DAVID WEAVER
                                              CLERK OF THE COURT

                                              By: s/Denise Goodine
                                              Denise Goodine, Deputy Clerk

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record by electronic means or U.S. Mail on January 30, 2007.

                                              s/Denise Goodine
                                              Case Manager