# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STANLEY WILLIAM HUFF,

        CASE NO. 05-CV-73535

    Petitioner,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

        PAUL J. KOMIVES
BARRY D. DAVIS,        UNITED STATES MAGISTRATE JUDGE

    Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION TO VACATE REFERRAL OF MAGISTRATE JUDGE

    Before the Court is Plaintiff Stanley W. Huff's ("Plaintiff") July 23, 2007 Motion to Vacate Referral of Magistrate Judge (Doc. No. 32). The Court has already entered an Order on January 30, 2007, denying Plaintiff's Application for a Writ of Habeas Corpus. (Doc. No. 30). The Court finds that now that this case is closed Plaintiff's motion is both inappropriate and untimely. Therefore, the Court **DENIES** Petitioner's Motion.

 **SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 31, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2007.

        s/Denise Goodine
        Case Manager